**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| NATIONAL FIRE INSURANCE COMPANY | : | |
| OF HARTFORD and | : | |
| CONTINENTAL CASUALTY COMPANY, | : | Civil Action. No. 1:21-cv-01966 |
| | : | (Chief Judge James K. Bredar) |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| MORABITO CONSULTANTS, INC., | : | |
| Defendant. | : | |

**DEFENDANT MORABITO CONSULTANTS, INC.'S MOTION TO DISMISS PURUSANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(7) OR, IN THE ALTERNATIVE, TO DECLINE JURISDICTION OVER THIS ACTON OR STAY THIS ACTION PENDING THE RESOLUTION OF A SIMILAR INSURANCE COVERAGE ACTION PENDING IN FLORIDA STATE COURT**

Defendant Morabito Consultants, Inc. ("Morabito"), by and through its counsel, McNees Wallace & Nurick LLC, files this Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(7), or, in the Alternative, to Decline Jurisdiction over this Action or Stay this Action Pending the Resolution of a Similar Insurance Coverage Action Pending in Florida State Court.

In support of this Motion, Morabito incorporates by reference its Brief in Support of its Motion to Dismiss, which is being filed contemporaneously herewith.

WHEREFORE, Morabito respectfully requests that the Court grant this Motion to Dismiss and enter an order in the form attached herewith.

        Respectfully submitted,

        McNEES WALLACE & NURICK LLC

        By   /s/ Paul D. Rose, Jr.
            Paul D. Rose, Jr.
            CPF #0112120254
            5283 Corporate Drive
            Frederick, MD 21703
            Tel: (301) 241-2011
            prose@mcneeslaw.com

        *Counsel for Defendant Morabito Consultants, Inc.*

Dated: October 5, 2021

## **CERTIFICATE OF SERVICE**

I, Paul D. Rose, Jr., Esquire, hereby certify that a true and correct copy of the foregoing document was served upon the following through the Court's ECF system:

Timothy R. Dingilian, Esq.
James P. Ruggeri, Esq.
Sara K. Hunkler, Esq.
Shipman & Goodwin LLP
1875 K Street NW, Suite 600
tdingilian@goodwin.com
jruggeri@goodwin.com
shunkler@goodwin.com

*Counsel for Plaintiffs*

McNEES WALLACE & NURICK LLC

By   /s/ Paul D. Rose, Jr.
     Paul D. Rose, Jr.
     CPF #0112120254
     5283 Corporate Drive
     Frederick, MD 21703
     Tel: (301) 241-2011
     prose@mcneeslaw.com

*Counsel for Defendant Morabito Consultants, Inc.*

Dated:  October 5, 2021