## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| **NATIONAL FIRE INSURANCE** | * | |
| **COMPANY OF HARTFORD, et al.** | * | |
| | * | |
| **Plaintiffs** | | |
| | * | **Civil Case No. JKB-21-1966** |
| **v.** | | |
| | * | |
| **MORABITO CONSULTANTS, INC.** | | |
| | * | |
| **Defendant** | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the Joint Stipulation of Dismissal Without Prejudice filed on August 15, 2022,

(ECF No. 35), with the dismissal without prejudice accomplished by operation of law pursuant to

Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the

case.

SO ORDERED.

DATED this __16__ day of August, 2022.

BY THE COURT:

James K. Bredar
Chief Judge